UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHE GASKETS LLC,<br><br>          Plaintiff(s),<br><br>     v.<br><br>KHALIS TRANSPORT INC,<br><br>          Defendant(s). | CASE NO. 2:23-cv-00478-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1)   Local Civil Rule 7.1 requires a party that is a limited liability corporation ("LLC") to (1) file a corporate disclosure statement identifying any member or owner in the LLC and (2) in a diversity case, list the states in which the owners or members are citizens. *See also* Fed. R. Civ. P. 7.1(2); *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) ("[A]n LLC is a citizen of every state of which its owners/members are citizens.").

MINUTE ORDER - 1

(2) Plaintiff brings suit under diversity jurisdiction and is an LLC. Plaintiff's corporate disclosure is insufficient under the governing rules listed above.

(3) Accordingly, Plaintiff is DIRECTED to file a revised corporate disclosure statement identifying each member and owner of PHE Gaskets LLC and the state in which each member or owner is a citizen **within seven (7) days** of this Order.

Dated this 23rd day of May 2023.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk